United States District Court
District of Connecticut
FILED AT BRIDGEPORT

*March 17*, 2008
Roberta D. Tabora, Clerk
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

Case No. 3:08mj67 (HBF)
3:08mj66 (HBF)

v.

RENATA AMARAL,
MONICA TEIXEIRA

Date:   March 14, 2008

## Order

Based on the affidavit of Special Agent Amy Cho of the Internal Revenue Service, I find that the law enforcement interests of protection of the ongoing investigation clearly outweigh the qualified First Amendment right of public access to these documents. These documents will remain sealed and docketing will be delayed until further order of the Court.

Dated this March 14, 2008, at Bridgeport, Connecticut.

_____
HON. HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE